## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:                      )

                             )

REASSIGNMENT OF CIVIL CASES    )        Miscellaneous No. 20-1349

TO JUDGE W. SCOTT HARDY       )

                             )

## ORDER OF COURT

AND NOW, this 17TH day of September 2020, IT IS HEREBY ORDERED THAT the Clerk of Court reassign the civil cases listed in Attachment "A" to the Honorable W. Scott Hardy for all further proceedings. All previously scheduled deadlines and proceedings shall remain in effect unless otherwise ordered by the Court.

FOR THE COURT:

Hon. Mark R. Hornak
Chief United States District Judge

FILED

SEP 18 2020

CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA